IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 15-cv-02553-MSK-NYW

REBECCA MADRID,

        Plaintiff,

v.

STELLAR RECOVERY, INC., a Florida corporation,

        Defendant.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Electronic Text Order entered by Chief Judge Marcia S. Krieger (**Doc. #26**), filed on February 12, 2016, granting Plaintiff's Motion for the Court to Enter Judgment (**Doc. #25**), it is

ORDERED that consistent with the Defendant's Offer of Judgment (**Doc. #24**) and Plaintiff's acceptance, judgment is entered in favor of Plaintiff and against the Defendant in the amount of $1,000.01. In addition, Plaintiff's costs and reasonable attorney's fees are added to the Judgment as against Defendant; said Plaintiff's costs and reasonable attorney's fees shall be as are agreed to between counsel for the parties, or if they are unable to agree, as determined by the Court upon motion.

Dated this 17th day February, 2016.

                                      ENTERED FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK


                                      s/Patricia Glover
                                        Deputy Clerk